George T. Jennings, complainant and appellee, v. 436 Wellington Building Corporation et al., defendants. Max H. Braun and I. Edward Bishkow, appellants. Gen. No. 36,636.

Opinion filed May 23, 1933.

Barancik & Dolin, for appellants Max H. Braun and I. Edward Bishkow; Lester Plotkin, for appellant Pauline S. Drielsma; Maurice S. Dolin and L. H. Kramer, of counsel. Juul & Both, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Edward Purcell, appellant, v. Patrick J. Keeley, appellee. Gen. No. 36,238.

Opinion filed May 23, 1933.

Thomas M. Poynton, for appellant. John S. Boyle, for appellee.

Mr. Justice Sullivan delivered the opinion of the court.

Gustaf Alexander, trading as Alexander Parlor Frame Company, appellee, v. International Furniture Company, Inc., appellant. Gen. No. 36,273.

Opinion filed May 23, 1933.

Roy J. Egan, for appellant. Foster, Green & Peterson, for appellee.

Mr. Justice Sullivan delivered the opinion of the court.